# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUSTIN BONTRAGER,

V.            **SUMMONS IN A CIVIL CASE**

THE PROPHET MANASSEH JORDAN
MINISTRIES,

CASE NO: 2:13-CV-01853-JAM-CKD

TO: **The Prophet Manasseh Jordan Ministries**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

George Thomas Martin, III
Price Law Group
15760 Ventura Blvd., Suite 1100
Encino, CA 91436

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/ H. Kaminski

(By) DEPUTY CLERK



ISSUED ON 2013-09-09 08:39:26.0, Clerk
USDC EDCA

Case 2:13-cv-01853-JAM-CKD   Document 3   Filed 09/09/13   Page 2 of 2

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE September 17, 2013 at 4:00 p.m. |
| NAME OF SERVER (PRINT) Yoler Jean-Baptiste | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Frank Juliano (authorized to accept) served at: 708 3rd Avenue, 6th floor, New York, NY 10163

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/17/13
              Date

Signature of Server

646 S 9th Street, Lindenhurst, NY 11757
Address of Server