PRICE LAW GROUP, APC
G. Thomas Martin, III (SBN 218456)
15760 Ventura Boulevard, Suite 1100
Encino, CA  91436
Telephone:  (818) 907-2030
Facsimile:   (818) 205-2730
Email:  tom@pricelawgroup.com

Attorney for Plaintiff JUSTIN BONTRAGER

VENABLE LLP
Daniel S. Silverman (SBN 137864)
dsilverman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:    (310) 229-9900
Facsimile:     (310) 229-9901

Attorneys for Defendant
THE PROPHET MANASSEH JORDAN MINISTRIES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BONTRAGER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.  2:13-cv-01853-JAM-CKD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE; PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

///

///

///

Stipulation to Dismiss- 1

NOW COME THE PARTIES by and through their attorneys, and pursuant to Rule 41(a)(1)(A)ii of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss Plaintiff, JUSTIN BONTRAGER'S, individual claims with prejudice.  The parties further stipulate and agree that the putative class claims shall be dismissed without prejudice.  Each party shall bear its own fees and costs.

Respectfully submitted this 23rd day of October, 2013.

By: /s/G. Thomas Martin, III

    G. Thomas Martin, III
    Price Law Group, APC
    Attorney for Plaintiff

By: /s/ Daniel S. Silverman

    Daniel S. Silverman
    Venable, LLP
    Attorney for Defendant